No. 14-6481
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| Gertrude Anita Broadway,<br>Plaintiff - Appellant,<br><br>v.<br><br>Federal Express,<br>Defendant - Appellee. | STIPULATION TO DISMISS |

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal(s) may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

/s/ Terrence Cain                             /s/ Whitney K. Fogerty

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all counsel of record have been electronically served with this document as the date of filing.